**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| JOANN YOUNG, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CIV-05-1239-R |
| | ) |
| JO ANNE B. BARNHART, | ) |
| Commissioner of Social Security, | ) |
| | ) |
|     Defendant. | ) |

## O R D E R

Before the Court is the Report and Recommendation of United States Magistrate Judge Doyle W. Argo entered March 30, 2006. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation is ADOPTED in its entirety and Plaintiff's motion for summary judgment [Doc. No. 21] is DENIED.

**It is so ordered this 25th day of April, 2005.**

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE